1026

No. A–471.   DARLINGTON v. UNITED STATES.   Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–542 (88–6166).   ALLRIDGE v. TEXAS.   Application for further stay of issuance of the mandate of the Court of Criminal Appeals of Texas, presented to JUSTICE WHITE, and by him referred to the Court, denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application.

No. D–752.   IN RE DISBARMENT OF ALBIN.   It is ordered that Perry Sanford Albin, of Newman, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–753.   IN RE DISBARMENT OF REAVES.   It is ordered that Frank Reaves, Jr., of Lexington, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–754.   IN RE DISBARMENT OF HARTMAN.   It is ordered that Richard Hartman, of Greenwich, Conn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–755.   IN RE DISBARMENT OF MCKAY.   It is ordered that Ronald J. McKay, of McKeesport, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–756.   IN RE DISBARMENT OF MCCLURKIN.   It is ordered that Patrick Clark McClurkin, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.